BOGERT *against* VERMILYA.

*Statute of limitations.*

THE statute of limitations does not run against one of two makers of a joint and several promissory note while he is residing in a foreign country, though the other maker remain a resident, and the right of action becomes in the meantime barred as against him.

An immaterial issue, however it may be found, where the rights of the parties are established by the finding upon material issues, has no effect upon the judgment.

(See 10 Barb. 32; 10 N. Y. 447, S. C.)